1  BUCHALTER
   A Professional Corporation
2  DANIEL C. SILVA (SBN 264632)
   655 West Broadway, Suite 1600
3  San Diego, CA  92101-8494
   Telephone:  619.219.6339
4  Email:  dsilva@buchalter.com

5  Attorneys for Defendants
   NICHOLAS A. PALAZZO, 4TA SPORTS, INC.,
6  NP VENTURES HOLDINGS, LLC, and
   PLAY CALLER SPORTS GAMING LLC

7

8              **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

10

11 | SECURITIES AND EXCHANGE | CASE NO. 24-cv-6602-EJD |
   COMMISSION,

12                                      Judge:  Hon. Edward J. Davila
                  Plaintiff,            Complaint Filed:  September 20, 2024
13                                      Current Initial CMC Date:  January 16, 2025
           vs.                          Trial Date:  None
14
   NICHOLAS A. PALAZZO, 4TA       **STIPULATION AND [PROPOSED]**
15 SPORTS, INC., NP VENTURES      **ORDER MODIFYING THE BRIEFING**
   HOLDINGS, LLC, and PLAY        **SCHEDULE FOR DEFENDANTS'**
16 CALLER SPORTS GAMING LLC,      **PROPOSED MOTION SEEKING**
                                  **DISMISSAL OF THE COMPLAINT**
17           Defendants.

18

19

20

21

22

23

24

25

26

27

28
                                      1

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

Pursuant to United States District Court Northern District of California Local Civil Rule 6.1, plaintiff SECURITIES AND EXCHANGE COMMISSION ("Plaintiff") and defendants NICHOLAS A. PALAZZO, 4TA SPORTS, INC., NP VENTURES HOLDINGS, LLC, and PLAY CALLER SPORTS GAMING LLC (altogether, the "Defendants"), by and through their respective counsel, stipulate as follows:

WHEREAS, on September 20, 2024, Plaintiff filed the complaint in the above-captioned action against Defendants (the "Complaint") (ECF No. 1);

WHEREAS, on September 23, 2024, the Court entered an Order setting an Initial Case Management Conference ("CMC") for January 8, 2025 (ECF No. 5), which the Court has since rescheduled for January 16, 2025 (ECF No. 15);

WHEREAS, the parties have met and conferred on multiple occasions to discuss the matter and determine whether this case may be expeditiously resolved;

WHEREAS, if the case cannot be expeditiously resolved, the Defendants anticipate filing a motion seeking dismissal of the Complaint;

WHEREAS, the parties each seek additional time to pursue an expeditious resolution and to brief issues for the Court;

**THE PARTIES STIPULATE AND REQUEST AN ORDER**, pursuant to Civil Local Rules 6-1(b) and 6-2 to modify the briefing schedule related to Defendants' proposed motion as follows:

1.     Defendants shall file any motion seeking dismissal of the Complaint ("Dismissal Motion") on or before February 7, 2025.

2.     Plaintiff shall file its opposition to the Dismissal Motion on or before February 28, 2025.

3.     Defendants shall file their reply in support of the Dismissal Motion on or before March 14, 2025.

/ / /

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE FOR
DEFENDANTS' PROPOSED MOTION SEEKING DISMISSAL OF THE COMPLAINT
CASE NO. 5:24-cv-6602-EJD

4.    Defendants shall notice the hearing on their Dismissal Motion for Thursday, April 17, 2025 at 10:00 a.m., or another date determined by the Court.

5.    Nothing in this Stipulation shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Complaint or otherwise in the above-captioned action.

DATED:  November 14, 2024          BUCHALTER
                                   A Professional Corporation


                                   By:  */s/ Daniel C. Silva*
                                        Daniel C. Silva
                                        Attorneys for Defendants
                                        NICHOLAS A. PALAZZO, 4TA
                                        SPORTS, INC., NP VENTURES
                                        HOLDINGS, LLC, and PLAY CALLER
                                        SPORTS GAMING LLC


DATED:  November 13, 2024          SECURITIES AND EXCHANGE
                                   COMMISSION


                                   By:  */s/ Carina A. Cuellar*
                                        Carina A. Cuellar
                                        Attorneys for Plaintiff

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  _____, 2024


                                   _____
                                   HON. EDWARD. J. DAVILA
                                   United States District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

1

## **SIGNATURE ATTESTATION**

2          Pursuant to Civil Local Rule 5-1 (i)(3), I hereby certify that the content of this

3    document is acceptable to Carina Cuellar, counsel for Plaintiff SECURITIES AND

4    EXCHANGE COMMISSION, and that I have obtained Ms. Cuellar's authorization

5    to affix her electronic signature to this document.

6    DATED:  November 14, 2024          BUCHALTER, A Professional Corporation

7

8                                       By:  */s/ Daniel C. Silva*
                                             Daniel C. Silva

9                                       Attorneys for Defendants
10                                      NICHOLAS A. PALAZZO, 4TA
                                        SPORTS, INC., NP VENTURES
11                                      HOLDINGS, LLC, and PLAY CALLER
                                        SPORTS GAMING LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
BN 85704102v2

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

**STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE FOR
DEFENDANTS' PROPOSED MOTION SEEKING DISMISSAL OF THE COMPLAINT**
**CASE NO. 5:24-cv-6602-EJD**