BUCHALTER
A Professional Corporation
DANIEL C. SILVA (SBN 264632)
655 West Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: 619.219.6339
Email: dsilva@buchalter.com

Attorneys for Defendants
NICHOLAS A. PALAZZO; 4TA SPORTS, INC.;
NP VENTURES HOLDINGS, LLC; and
PLAY CALLER SPORTS GAMING LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS A. PALAZZO, 4TA SPORTS, INC., NP VENTURES HOLDINGS, LLC, and PLAY CALLER SPORTS GAMING LLC,<br><br>Defendants. | CASE NO. 5:24-cv-06602-EJD<br><br>**JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: September 20, 2024<br>Current Initial CMC: January 16, 2025<br>CMC Time: 10:00 a.m.<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rules 6-1(b), 6-3, and 7-11, Plaintiff SECURITIES AND EXCHANGE COMMISSION and Defendants NICHOLAS A. PALAZZO; 4TA SPORTS, INC.; NP VENTURES HOLDINGS, LLC; and PLAY CALLER SPORTS GAMING LLC, hereby jointly move the Court for an administrative order continuing the Case Management Conference ("CMC") currently set for January 16, 2025.

## ARGUMENT

On September 20, 2024, the SEC filed the complaint in the above-captioned action (ECF No. 1). On September 23, 2024, the Court entered an order setting the initial Case Management Conference for January 8, 2025 (ECF No. 5), which the Court rescheduled for January 16, 2025 (ECF No. 15). On or about November 13, 2024, the parties stipulated to a briefing schedule

1  providing that: Defendants shall answer the Complaint or file any motion seeking dismissal on or
2  before February 7, 2025; Plaintiff shall file its opposition on or before February 28, 2025;
3  Defendants shall file a reply in support of the Motion on or before March 14, 2025; with a hearing
4  on the Motion noticed for April 17, 2025. (Silva Decl. ¶ 5; see ECF 20.)

5        This Court has discretion to continue the CMC under Fed. R. Civ. P. 16(b)(4). The Court
6  has "wide discretion in controlling discovery." *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir.
7  1988); *see also Arcell v. Google LLC*, No. 5:22-cv-02499-EJD, 2022 WL 16557600 (N.D. Cal.
8  Oct. 31, 2022) (granting motion to stay discovery pending ruling on motion to dismiss). Courts in
9  this district apply a two-part test to evaluate whether good cause exists to continue the CMC and
10 stay discovery in light of a pending dispositive motion: (1) whether the motion will potentially
11 dispose of the entire case, and (2) whether the court can decide the dispositive motion without
12 further discovery. *See, e.g., Yamasaki v. Zicam LLC*, No. 21-cv-02596-HSG, 2021 WL 3675214,
13 at *1 (N.D. Cal. Aug. 19, 2021); *Onuoha*, 2017 WL 11681325, at *1.

14       There is good cause here under both prongs. First, because Defendants' motion to dismiss
15 will seek dismissal of all claims against Defendants, it will dispose of the entire case if granted.
16 Second, no discovery will be necessary to adjudicate the motion to dismiss since Defendants' legal
17 arguments will be based on the pleadings. (Silva Decl. ¶ 5.) As such, good cause exists to continue
18 the CMC.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1     For the reasons set forth above, Defendants respectfully request that this Court enter Defendants' proposed order continuing the January 16, 2025 CMC and all corresponding discovery deadlines. The Defendants request that if the Court determines that a CMC is necessary in light of the motion to dismiss, the CMC be reset to April 17, 2025, or the date that the Court otherwise sets for the hearing on the motion to dismiss. The SEC joins this administrative motion.

DATED: November 14, 2024

BUCHALTER
A Professional Corporation

By: /s/ Daniel C. Silva
DANIEL C. SILVA

Attorneys for Defendants
NICHOLAS A. PALAZZO; 4TA SPORTS, INC.; NP VENTURES HOLDINGS, LLC; and PLAY CALLER SPORTS GAMING LLC