# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS A. PALAZZO, 4TA SPORTS, INC., NP VENTURES HOLDINGS, LLC, and PLAY CALLER SPORTS GAMING LLC,<br><br>Defendants. | CASE NO. 5:24-cv-6602<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:    September 20, 2024<br>Current CMC:    January 16, 2025<br>CMC Time:    10:00 a.m.<br>Judge:    Hon. Edward J. Davila<br>Trial Date:    Not Yet Set |

Upon consideration of the Parties' Joint Administrative Motion to Continue Case Management Conference and good cause appearing, it is hereby ORDERED as follows:

1.    The initial Case Management Conference ("CMC") currently scheduled for January 16, 2025, and all attendant discovery deadlines, are hereby VACATED and ADJOURNED.

2.    To the extent an initial CMC is necessary, it shall be held on April 17, 2025, or another date later determined by the Court.

**IT IS SO ORDERED.**

DATED: _____, 2024    _____

HON. EDWARD. J. DAVILA
United States District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO