UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS A. PALAZZO, et al.,<br><br>Defendants. | Case No.  5:24-cv-06602-EJD<br><br>**ORDER OF DISMISSAL**<br><br>Re: ECF No. 38 |

The Court is in receipt of Plaintiff's Unopposed Motion for Entry of Consent Judgment. ECF No. 38.  Plaintiff indicates that the parties reached settlement on March 18, 2025, and with the consent of Defendants, requests that the Court enter the proposed Judgment.  *Id.*  Accordingly, the Court **DISMISSES** this case.  Separate Judgment to follow.

**IT IS SO ORDERED.**

Dated: June 30, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-06602-EJD
ORDER OF DISMISSAL

1